# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1474

_____

| | | |
|---|---|---|
| Kenneth J. McKee, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| Kenneth S. Apfel, Commissioner of | * | |
| Social Security, | * | [UNPUBLISHED] |
| | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: November 19, 1998
Filed: November 27, 1998

_____

Before BOWMAN, Chief Judge, LOKEN, Circuit Judge, and HAND,[1] District Judge.

_____

PER CURIAM.

Kenneth J. McKee appeals the judgment of the District Court,[2] which affirmed the Commissioner's denial of McKee's claim for social security disability benefits.

---

[1]The Honorable William Brevard Hand, United States District Judge for the Southern District of Alabama, sitting by designation.

[2]The Honorable Richard H. Battey, Chief Judge, United States District Court for the District of South Dakota.

Having considered the appeal, we conclude that no error of law appears, and that the Commissioner's decision is supported by substantial evidence in the record as a whole.

Accordingly, the judgment of the District Court is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.